UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

WISCONSIN CARPENTERS PENSION FUND,
WISCONSIN CARPENTERS HEALTH FUND,
NORTHERN WISCONSIN REGIONAL COUNCIL
OF CARPENTERS VACATION FUND,
NORTHERN WISCONSIN CARPENTERS
APPRENTICESHIP & JOURNEYMAN TRAINING FUND,
LABOR MANAGEMENT COOPERATION TRUST FUND,
CONTRACT ADMINISTRATION FUND,
NORTHERN WISCONSIN REGIONAL
COUNCIL OF CARPENTERS,
and BRIAN GENTRY,

WISCONSIN LABORERS HEALTH FUND,
WISCONSIN LABORERS PENSION FUND,
WISCONSIN LABORERS VACATION FUND
f/k/a KENOSHA LABORERS LOCAL 237 VACATION FUND,
WISCONSIN LABORERS LECET FUND,
WISCONSIN LABORERS DISTRICT COUNCIL,
and MICHAEL R. RYAN,

KENOSHA BUILDING & CONSTRUCTION TRADES
HEALTH FUND, KENOSHA LABORERS LOCAL 237
PENSION FUND, and STEVE REIMER,

      Plaintiffs,

 vs.             Case No. 06-C-0550

JOKIPII DEMOLITION LLC,
LARRY J. JOKIPII and,
MARY JOKIPII,

      Defendants.

---

**ENTRY OF JUDGMENT AGAINST DEFENDANT MARY JOKIPII
ON THE DECISION BY THE COURT**

---

This action having come on for hearing before the Court, and the issues having been duly heard, and a decision having been duly rendered,

**IT IS ORDERED AND ADJUDGED** that the Plaintiffs, Wisconsin Carpenters Pension Fund, Wisconsin Carpenters Health Fund, Northern Wisconsin Regional Council of Carpenters Vacation Fund, Northern Wisconsin Carpenters Apprenticeship & Journeyman Training Fund, Labor Management Cooperation Trust Fund, Contract Administration Fund, Northern Wisconsin Regional Council of Carpenters, and Brian Gentry, Wisconsin Laborers Health Fund, Wisconsin Laborers Pension Fund, Wisconsin Laborers Vacation Fund f/k/a Kenosha Laborers Local 237 Vacation Fund, Wisconsin Laborers LECET Fund, Wisconsin Laborers District Council, and Michael R. Ryan, Kenosha Building & Construction Trades Health Fund, Kenosha Laborers Local 237 Pension Fund, and Steve Reimer, recover from Defendant Mary Jokipii, joint and several from any judgment in favor of the Plaintiffs against other Defendants, the sum of $62,117.54 with interest thereon at the rate that is provided by law.

Dated at Milwaukee, Wisconsin, this 28th day of July, 2006.

SOFRON B. NEDILSKY
Clerk of Court

s/ Linda M. Zik
Deputy Clerk

Approved as to form this 28th day of July, 2006.

s/ Rudolph T. Randa
U. S. District Court Judge