UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

WISCONSIN CARPENTERS PENSION FUND,
WISCONSIN CARPENTERS HEALTH FUND,
NORTHERN WISCONSIN REGIONAL COUNCIL
OF CARPENTERS VACATION FUND,
NORTHERN WISCONSIN CARPENTERS
APPRENTICESHIP & JOURNEYMAN TRAINING FUND,
LABOR MANAGEMENT COOPERATION TRUST FUND,
CONTRACT ADMINISTRATION FUND,
NORTHERN WISCONSIN REGIONAL
COUNCIL OF CARPENTERS,
and BRIAN GENTRY,

WISCONSIN LABORERS HEALTH FUND,
WISCONSIN LABORERS PENSION FUND,
WISCONSIN LABORERS VACATION FUND
f/k/a KENOSHA LABORERS LOCAL 237 VACATION FUND,
WISCONSIN LABORERS LECET FUND,
WISCONSIN LABORERS DISTRICT COUNCIL,
and MICHAEL R. RYAN,

KENOSHA BUILDING & CONSTRUCTION TRADES
HEALTH FUND, KENOSHA LABORERS LOCAL 237
PENSION FUND, and STEVE REIMER,

                    **Plaintiffs,**

   vs.                                              Case No. 06-C-0550

JOKIPII DEMOLITION LLC,
LARRY J. JOKIPII, and
MARY JOKIPII,

                    **Defendants.**
_____

**ORDER FOR JUDGMENT AGAINST DEFENDANT JOKIPII DEMOLITION LLC**
_____

Request and application for default judgment brought by the Plaintiffs in the above-captioned action were submitted to the Court and filed with the clerk.

The Court, having duly heard all issues and a decision having been duly rendered, orders as follows:

1. Defendant Jokipii Demolition LLC has failed to plead or otherwise defend as provided by Rule 55(a) of the Fed. R. Civ. P.

2. Jokipii Demolition LLC violated the Labor-Management Relations Act of 1947, as amended, as well as the Employee Retirement Income Security Act of 1974, as amended, and the effective collective bargaining agreement by failing to pay fringe benefit contributions on behalf of its employees to the Plaintiffs.

3. The court assesses the total damages in favor of the Plaintiffs and against Defendant Jokipii Demolition LLC for the time period March 1, 2004 through February 28, 2006 in the sum of $104,389.36.

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to enter judgment in favor of Plaintiffs, Wisconsin Carpenters Pension Fund, Wisconsin Carpenters Health Fund, Northern Wisconsin Regional Council of Carpenters Vacation Fund, Northern Wisconsin Carpenters Apprenticeship & Journeyman Training Fund, Labor Management Cooperation Trust Fund, Contract Administration Fund, Northern Wisconsin Regional Council of Carpenters, and Brian Gentry, Wisconsin Laborers Health Fund, Wisconsin Laborers Pension Fund, Wisconsin Laborers Vacation Fund f/k/a Kenosha Laborers Local 237 Vacation Fund, Wisconsin Laborers LECET Fund, Wisconsin Laborers District Council, and Michael R. Ryan, Kenosha Building & Construction Trades Health Fund, Kenosha Laborers Local 237 Pension Fund, and Steve Reimer, , and against defendant Jokipii Demolition LLC in the amount of $104,389.36 together with interest

at the rate allowed by law. Said judgment is to be joint and several from any judgment entered against other defendants.

Dated this 28th day of July, 2006

BY THE COURT

s/ Rudolph T. Randa
HON. RUDOLPH T. RANDA
Chief Judge