UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**WISCONSIN CARPENTERS PENSION FUND,**
**WISCONSIN CARPENTERS HEALTH FUND,**
**NORTHERN WISCONSIN REGIONAL COUNCIL**
**OF CARPENTERS VACATION FUND,**
**NORTHERN WISCONSIN CARPENTERS**
**APPRENTICESHIP & JOURNEYMAN TRAINING FUND,**
**LABOR MANAGEMENT COOPERATION TRUST FUND,**
**CONTRACT ADMINISTRATION FUND,**
**NORTHERN WISCONSIN REGIONAL COUNCIL OF CARPENTERS, and**
**BRIAN GENTRY,**

**WISCONSIN LABORERS HEALTH FUND,**
**WISCONSIN LABORERS PENSION FUND,**
**WISCONSIN LABORERS VACATION FUND**
**f/k/a KENOSHA LABORERS LOCAL 237 VACATION FUND,**
**WISCONSIN LABORERS LECET FUND,**
**WISCONSIN LABORERS DISTRICT COUNCIL, and**
**MICHAEL R. RYAN,**

**KENOSHA BUILDING & CONSTRUCTION TRADES HEALTH FUND, and**
**KENOSHA LABORERS LOCAL 237 PENSION FUND,**

                Plaintiffs,

   vs.                                                         Case No. 06-C-0550

**JOKIPII DEMOLITION LLC,**
**LARRY J. JOKIPII, and**
**MARY JOKIPII,**

                Defendants.

---

**AMENDED ENTRY OF JUDGMENT AGAINST DEFENDANT**
**LARRY J. JOKIPII ON THE DECISION BY THE COURT**

---

This action having come on for hearing before the Court, and the issues having been duly heard, and a decision having been duly rendered,

**IT IS ORDERED AND ADJUDGED** that the Plaintiffs, Wisconsin Carpenters Pension Fund, Wisconsin Carpenters Health Fund, Northern Wisconsin Regional Council of Carpenters Vacation Fund, Northern Wisconsin Carpenters Apprenticeship &

Journeyman Training Fund, Labor Management Cooperation Trust Fund, Contract Administration Fund, Northern Wisconsin Regional Council of Carpenters, and Brian Gentry, Wisconsin Laborers Health Fund, Wisconsin Laborers Pension Fund, Wisconsin Laborers Vacation Fund f/k/a Kenosha Laborers Local 237 Vacation Fund, Wisconsin Laborers LECET Fund, Wisconsin Laborers District Council, and Michael R. Ryan, Kenosha Building & Construction Trades Health Fund, and Kenosha Laborers Local 237 Pension Fund, recover from Defendant Larry J. Jokipii, joint and several from any judgment in favor of the Plaintiffs against other Defendants, the sum of $62,117.54 with interest thereon at the rate that is provided by law.

Dated at Milwaukee, Wisconsin, this 2nd day of May, 2007.

JON W. SANFILIPPO
Clerk of Court


s/ Linda M. Zik
Deputy Clerk

Approved as to form this 2nd day of May, 2007.

s/ Rudolph T. Randa
Hon. Rudolph T. Randa
Chief Judge